Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VII

| | | |
|---|---|---|
| MANUEL XAVIER JIMÉNEZ GARCÍA<br><br>*Apelante*<br><br>v.<br><br>SYLVIA NÚÑEZ VÁZQUEZ<br><br>*Apelado* | TA2025AP00510 | Apelación procedente del Tribunal de Primera Instancia, Sala Superior de Ciales<br><br>Caso Núm.: CI2025CV00114<br><br>Sobre: Liquidación de Comunidad de Bienes |

Panel integrado por su presidente, el Juez Rodríguez Casillas, la Juez Barresi Ramos y la Jueza Santiago Calderón

Santiago Calderón, Jueza Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 20 de noviembre de 2025.

Examinada la *Moción en Solicitud de Desistimiento al Amparo de la Regla 83(A)*[1] presentada por la parte apelante, el señor Manuel Xavier Jiménez García, el 19 de noviembre de 2025, se dispone lo siguiente:

Se acoge la solicitud de desistimiento voluntario con perjuicio, a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones[2]. En consecuencia, se ordena el cierre y archivo definitivo del presente caso.

Notifíquese.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Revisado SUMAC, en la entrada #23, el señor Manuel Xavier Jiménez García y la parte apelada, la señora Sylvia Núñez Vázquez, presentaron el 17 de noviembre de 2025 ante el TPI *Moción Conjunta en Solicitud de Desistimiento al Amparo de la Regla 39.1(A)(2) de las de Procedimiento Civil.*

[2] Regla 83(A) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 115, 215 DPR __ (2025).